```
 1  Gary Owen Caris (Calif. Bar No. 088918)
    E-mail: gcaris@mckennalong.com
 2  Lesley Anne Hawes (Calif. Bar No. 117101)
    E-mail: lhawes@mckennalong.com
 3  MCKENNA LONG & ALDRIDGE LLP
    444 South Flower Street, 8th Floor
 4  Los Angeles, California 90071-2901
    Telephone: (213) 688-1000
 5  Facsimile: (213) 243-6330

 6  Attorneys for Plaintiff, ROBB
    EVANS, as Receiver for TLC
 7  INVESTMENTS AND TRADE CO., TLC
    AMERICA, INC. dba BREA
 8  DEVELOPMENT COMPANY, TLC
    BROKERAGE, INC. dba TLC
 9  MARKETING, TLC DEVELOPMENT, INC.,
    TLC REAL PROPERTIES, RLLP-1 and
10  their Subsidiaries and Affiliates
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| ROBB EVANS, as Receiver for TLC INVESTMENTS AND TRADE CO., TLC AMERICA, INC. dba BREA DEVELOPMENT COMPANY, TLC BROKERAGE, INC. dba TLC MARKETING, TLC DEVELOPMENT, INC., TLC REAL PROPERTIES, RLLP-1 and their Subsidiaries and Affiliates,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT H. BLACKLIDGE, etc., et al.,<br><br>        Defendants. | CASE NO. MISC-F-04-136<br><br>**SUBSTITUTION OF ATTORNEY; AND ORDER THEREON** |
|---|---|

**TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE**

**COUNSEL OF RECORD:**

PDF created with pdfFactory trial version www.pdffactory.com

Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048-4920
(323) 852-1000

1   Plaintiff ROBB EVANS, as Receiver for TLC INVESTMENTS AND
2 TRADE CO., TLC AMERICA, INC. dba BREA DEVELOPMENT COMPANY, TLC
3 BROKERAGE, INC. dba TLC MARKETING, TLC DEVELOPMENT, INC., TLC
4 REAL PROPERTIES, RLLP-1 and their Subsidiaries and Affiliates
5 ("Plaintiff"), hereby substitutes:

6
7        MCKENNA LONG & ALDRIDGE LLP
         444 South Flower Street, 8th Floor
         Los Angeles, CA 90071-2901
8        Telephone: (213) 688-1000
         Facsimile: (213) 243-6330
9

10 as its attorney of record in this action instead of
11
         FRANDZEL ROBINS BLOOM & CSATO, L.C.
12       6500 Wilshire Boulevard, 17th Floor
         Los Angeles, CA 90048-4920
13       Telephone: (323) 852-1000
         Facsimile: (323) 651-2577
14

15
     I consent to this substitution.
16

17 DATED: January 27, 2006        Plaintiff, ROBB EVANS, as Receiver
                                  for TLC INVESTMENTS AND TRADE CO.,
18                                TLC AMERICA, INC. dba BREA
                                  DEVELOPMENT COMPANY, TLC BROKERAGE,
19                                INC. dba TLC MARKETING, TLC
                                  DEVELOPMENT, INC., TLC REAL
20                                PROPERTIES, RLLP-1 and their
                                  Subsidiaries and Affiliates
21

22

23                                By: /s/ Robb Evans
                                      ROBB EVANS
24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

I further consent to the above substitution.

DATED: January 27, 2006      FRANDZEL ROBINS BLOOM & CSATO, L.C.


                              By: /s/ Patricia Y. Trendacosta
                                  PATRICIA Y. TRENDACOSTA, Former
                                  Attorneys for Plaintiff, ROBB
                                  EVANS, as Receiver for TLC
                                  INVESTMENTS AND TRADE CO., TLC
                                  AMERICA, INC. dba BREA
                                  DEVELOPMENT COMPANY, TLC
                                  BROKERAGE, INC. dba TLC
                                  MARKETING, TLC DEVELOPMENT, INC.,
                                  TLC REAL PROPERTIES, RLLP-1 and
                                  their Subsidiaries and Affiliates


     McKenna Long & Aldridge hereby accepts the above substitution.  I am duly admitted to practice in this District.


DATED: January 30, 2006      MCKENNA LONG & ALDRIDGE LLP
                             GARY OWEN CARIS
                             LESLEY ANNE HAWES


                              By: /s/ Gary Owen Caris
                                  GARY OWEN CARIS




                                    **ORDER**

     The foregoing Substitution of Attorney is hereby approved.


DATED: 2/13/2006              /s/ Sandra M. Snyder
                              UNITED STATES DISTRICT
                              MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

454925.1

4

78410-015

SUBSTITUTION OF ATTORNEY; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com